UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
ELIZABETH AYLWARD,                              :     **Hon. Joseph H. Rodriguez**:
both Individually and as Executrix of the
ESTATE OF PAUL J. AYLWARD,             :     **Civil Action No. 10-4799**

    Plaintiff,                                           :
v.                                                                        **ORDER**
                                                                     :
WAL-MART STORES, INC.
                                                                     :
    Defendant.
_____:

    This matter having come before the Court on motion of Defendant Wal-Mart Stores, Inc. to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and

    The Court having reviewed the submissions of the parties and having heard oral argument on the motion on March 30, 2011; and

    For the reasons expressed on the record on that date and for the reasons expressed in the accompanying Opinion of even date,

    IT IS on this 9th day of June, 2011 hereby ORDERED that Defendant's motion [Dkt. No. 9] is GRANTED.

                                                         /s/ Joseph H. Rodriguez
                                                        Hon. Joseph H. Rodriguez,
                                                        United States District Judge